An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON S. TUCKER,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63154

**FILED**

JUN 12 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner challenges Clark County Detention Center's calculation of his time served. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. NRS 34.160; NRS 34.170. A challenge to the computation of time served must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(c); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17283

cc: Jason S. Tucker
Attorney General/Carson City
Clark County District Attorney

SUPREME COURT
OF
NEVADA

(O) 1947A

2